PACIFIC LEGAL FOUNDATION

August 19, 2026

Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Chen v. Mamdani*, No. 26-2066

Dear Clerk of Court:

Counsel for Appellant respectfully writes to request clarification concerning the Court's August 19, 2026 Order, Dkt. No. 37, denying Appellant's request for leave to file a single consolidated reply of up to 5,000 words in response to the separate opposition briefs filed by Appellee and Intervenor-Appellees, Dkt. Nos. 30, 31. The Court's Order did not address Appellee's and Intervenor-Appellees' consent to a consolidated reply of up to 3,000 words. Appellant therefore respectfully seeks clarification that the Order permits a 3,000-word consolidated reply, consistent with that consent.

Because Appellant's reply or replies are due August 20, 2026, counsel would appreciate the Court's prompt clarification.

Respectfully submitted,

Dean McGee

Dean McGee
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Ste. 1000
Arlington, VA 22201
DMcGee@pacificlegal.org
*Counsel for Appellant*