**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: August 19, 2026
Docket #: 26-2066
Short Title: Chen v. Mamdani

DC Docket #: 1:26-cv-3355
DC Court: SDNY (NEW YORK CITY)
DC Judge: Edgardo Ramos

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for injunction filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, September 8, 2026 at 10:00 a.m. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.