STEVEN BANKS
*Corporation Counsel*

STEPHANIE TEPLIN
*Assistant Corporation Counsel*
212-356-3255
steplin@law.nyc.gov

LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

September 1, 2026

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Chen v. Mamdani*
Docket No. 26-2066

To the Hon. Clerk of the Court:

The parties submit this joint letter in response to the Court's August 28, 2026 order regarding oral argument. The arguing attorneys and the parties' proposed time allocations are below:

| | | |
|---|---|---|
| Plaintiff-Appellant | Dean McGee, Pacific Legal Foundation | 5 minutes |
| Defendants-Appellees | Stephanie Teplin, New York City Law Department | 3 minutes |
| Intervenor-Defendants-Appellees | Donya Khadem, NAACP Legal Defense and Educational Fund | 2 minutes |

Respectfully submitted,

STEVEN BANKS
*Corporation Counsel*
*of the City of New York*
Attorney for Defendants-Appellees

By: *_/s/ Stephanie Teplin_____*
Stephanie Teplin
Assistant Corporation Counsel