S.D.N.Y. – N.Y.C.
26-cv-3355
Ramos, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty-six.

Present:

Guido Calabresi,
Susan L. Carney,
Myrna Pérez,
*Circuit Judges*.

---

Yi Fang Chen, individually and on behalf of her minor children M.P., Ma.P., and P.P.,

*Plaintiff-Appellant*,

v. 26-2066

Zohran Mamdani, in his official capacity as Mayor of the City of New York, et al.,

*Defendants-Appellees*,

Teens Take Charge, et al.,

*Intervenor-Defendants-Appellees*.

---

Appellant moves for an injunction pending appeal. Appellees oppose.

Applying the relevant precedents, we cannot conclude that Appellant has made the heightened showing that entitles her to the extraordinary relief she requests. *See Agudath Israel of Am. v. Cuomo*, 980 F.3d 222, 225–26 (2d Cir. 2020). There are complicated disputes of fact and law that we cannot resolve on the limited record before us for this emergency motion.

Upon due consideration, and for the foregoing reasons, it is hereby ORDERED that Appellant's motion for an injunction pending appeal is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court